1   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
2   Sverker K. Hogberg (SBN 244640)
    (hogbergs@sullcrom.com)
3   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
4   Palo Alto, California 94303
    Telephone:    (650) 461-5600
5   Facsimile:    (650) 461-5700

6   David Carlyle Powell
    (dpowell@mcguirewoods.com)
7   Carolee Anne Hoover
    (choover@mcguirewoods.com)
8   Jamie Danielle Wells
    (jwells@mcguirewoods.com)
9   MCGUIREWOODS LLP
    Two Embarcadero Center, Suite 1300
10  San Francisco, CA 94111
    Telephone:    (415) 844-9944
11  Facsimile:    (415) 844-9922

12  *Counsel for Defendants Wells Fargo & Company*
    *and Wells Fargo Bank, N.A.*
13
    [*Additional counsel listed on signature page*]
14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18
    | 2 ANDY ENTERPRISE CORPORATION d/b/a | Case No. 4:20-cv-05212-HSG |
19  | CUON-VIETNAMESE STREET FOOD, an | |

20  2 ANDY ENTERPRISE CORPORATION d/b/a     Case No. 4:20-cv-05212-HSG
    CUON-VIETNAMESE STREET FOOD, an
    Oregon Corporation, individually and on behalf   **STIPULATED REQUEST AND**
    of all others similarly situated,               **ORDER TO CONTINUE INITIAL**
21                                      Plaintiff,   **CASE MANAGEMENT**
                                                     **CONFERENCE**
22         v.
                                                     The Hon. Haywood S. Gilliam, Jr.
23  WELLS FARGO & COMPANY, WELLS
    FARGO BANK, N.A., and DOES 1-10,
24
                                       Defendants.
25

26

27

28

1    WHEREAS, on July 29, 2020, 2 Andy Enterprise Corporation d/b/a Cuon-Vietnamese Street
2    Food ("Plaintiff") filed the instant action (the "Action") against Wells Fargo & Company and Wells
3    Fargo Bank, N.A. (together, "Defendants");

4    WHEREAS, on September 1, 2020, the Action was found to be related to a prior action pending
5    in this District, *Marselian* v. *Wells Fargo & Company*, No. 4:20-cv-3166-HSG, and the Action was
6    accordingly reassigned to the Honorable Haywood S. Gilliam, Jr.;

7    WHEREAS, on September 2, 2020, following the reassignment of the Action to the Honorable
8    Haywood S. Gilliam, Jr., the Court set the Initial Case Management conference for October 27, 2020
9    (ECF No. 15);

10    WHEREAS, on October 9, 2020, Plaintiff and Defendants (the "Parties") filed a stipulated
11    request to continue the October 27, 2020 Initial Case Management conference to 30 days after the Court
12    issued a decision on Defendants' (then-anticipated) Motion to Compel Arbitration and Dismiss
13    ("Motion") and to set a briefing schedule on that Motion (ECF No. 17);

14    WHEREAS, on October 13, 2020, the Court issued an Order granting the Parties' request to
15    continue the Initial Case Management conference to "30 days following the Court's order on the
16    anticipated motion to compel arbitration" ("the Order") (ECF No. 20);

17    WHEREAS, the Court is set to hear Defendants' motion to compel arbitration and dismiss on
18    December 10, 2020, at 2:00 p.m. (ECF No. 20);

19    WHEREAS, on October 19, 2020, the Clerk gave notice that the Initial Case Management
20    conference "previously set for October 27th, is continued to December 10, 2020, at 2:00 p.m., to be
21    heard along with the motion to compel and dismiss" (ECF No. 25);

22    WHEREAS, the Parties request that pursuant to the Court's October 13 Order (ECF No. 20), the
23    Initial Case Management Conference, currently set for December 10, 2020, be continued until 30 days
24    following the Court's order on the motion to compel arbitration.

25    NOW THEREFORE, it is hereby stipulated and agreed by the parties, subject to the order of the
26    Court, that the Initial Case Management Conference shall be continued until 30 days after the Court
27    issues a decision on Defendants' Motion.

28

DATED:  November 19, 2020

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

David Carlyle Powell
(dpowell@mcguirewoods.com)
Carolee Anne Hoover
(choover@mcguirewoods.com)
Jamie Danielle Wells
(jwells@mcguirewoods.com)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:    (415) 844-9944
Facsimile:    (415) 844-9922

*Counsel for Defendants Wells Fargo & Company
and Wells Fargo Bank, N.A.*

DATED:  November 19, 2020

/s/ Brian Danitz
Brian Danitz (SBN 247403)
(bdanitz@cpmlegal.com)
Julia Q. Peng (SBN 318396)
(jpeng@cpmlegal.com)
Noorjahan Rahman (SBN 330572)
(nrahman@cpmlegal.com)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Counsel for Plaintiff*

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.4:20-CV-05212-HSG

SULLIVAN &
CROMWELL LLP

1

## ORDER

2        Pursuant to the stipulation of the parties and good cause appearing, IT IS ORDERED that the

3   Initial Case Management Conference, currently set for December 10, 2020 at 2:00 p.m., is continued

4   until 30 days after the Court issues a decision on Defendants' Motion.

5

6   **IT IS SO ORDERED.**

7

8   Dated:   11/20/2020

HONORABLE HAYWOOD S. GILLIAM, JR.

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN &
CROMWELL LLP